IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DANA D. BRYNGELSON and DAVID BRYNGELSON, | * * * | |
| Plaintiffs, | * * | |
| v. | * | CV 118-216 |
| BIOMET, INC., et al., | * * * | |
| Defendants. | * | |

ORDER

Before the Court is the parties' Stipulation to Dismissal with Prejudice. (Doc. 141.) Plaintiff and Defendants consent to dismissal. Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all claims in this lawsuit are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA